# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOHN BEAR, ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:17-cv-06512 |
| ) | |
| v. ) | Judge Ruben Castillo |
| ) | |
| JEFF MASON AND THE UNIVERSITY ) | Magistrate Judge Jeffrey T. Gilbert |
| OF CHICAGO, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

**TO:**  Peter M. Katsaros, Esq.  Michael C. Bruck
Brianna L. Golan, Esq.  William B. McAllister
Golan Christie Taglia LLP  Williams Montgomery & John Ltd.
70 West Madison Street, Suite 1500  233 S. Wacker, Suite 6100
Chicago, Illinois 60602  Chicago, Illinois 60606
pmkatsaros@gct.law  mcb@willmont.com
blgolan@gct.law  wbm@willmont.com

     On December 6, 2017, at 9:45 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Ruben Castillo or any judge sitting in his stead, in Room 2541 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois and present **AGREED MOTION FOR CONFIDENTIALITY ORDER.**

                                               THE UNIVERSITY OF CHICAGO

                                       By:  /s/ Sandy L. Morris
                                                One of Its Attorneys

Sandy L. Morris (IL No. 6270309)
Kehinde Durowade (IL No. 6308925)
CHICO & NUNES, P.C.
333 West Wacker Drive, Suite 1420
Chicago, Illinois 60606
Tel: (312) 463-1000
Fax: (312) 463-1001
smorris@chiconunes.com
kdurowade@chiconunes.com
*Counsel for the University of Chicago*

2

**CERTIFICATE OF SERVICE**

I, Sandy L. Morris, an attorney, hereby certify that on this 1st day of December 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

| | |
|---|---|
| Peter M. Katsaros, Esq. | Michael C. Bruck |
| Brianna L. Golan, Esq. | William B. McAllister |
| Golan Christie Taglia LLP | Williams Montgomery & John Ltd. |
| 70 West Madison Street, Suite 1500 | 233 S. Wacker, Suite 6100 |
| Chicago, Illinois 60602 | Chicago, Illinois 60606 |
| pmkatsaros@gct.law | mcb@willmont.com |
| blgolan@gct.law | wbm@willmont.com |

                                                    /s/ Sandy L. Morris