30022.00/dnd/#1262480

# UNITED STATE DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JOHN BEAR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17-cv-06512 |
| | ) | |
| v. | ) | |
| | ) | |
| JEFF MASON and THE UNIVERSITY OF CHICAGO, | ) | Judge Ruben Castillo |
| | ) | |
| Defendants. | ) | |
| | ) | |
| JEFF MASON | ) | Mag Judge Jeffrey T. Gilbert |
| | ) | |
| Counter-Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN BEAR | ) | |
| | ) | |
| Counter-Defendant | ) | |

## NOTICE OF SERVICE OF RESPONSES TO MANDATORY INITIAL DISCOVERY (MIDP)

Pursuant to the Standing Order Regarding Mandatory Initial Discovery Pilot project for the Northern District of Illinois, counsel for Defendant the University of Chicago certifies that it served Defendant's Responses to Mandatory Initial Discovery Requests on December 7, 2017 by e-mail upon the following:

TO: **Brianna L Golan**
**Peter Michael Katsaros**
Golan Christie Taglia LLP
70 W. Madison, Suite 1500
Chicago, IL 60602
(312) 263-2300
Email: blgolan@gct.law
Email: pmkatsaros@gct.law

**Sandy L. Morris**
**Kehinde A. Durowade**
Chico & Nunes, P.C.
333 W. Wacker Drive, Suite 1420
Chicago, IL 60606
(312) 884-5652
Email: smorris@chiconunes.com
Email: kdurowade@chiconunes.com

Page **1** of **2**

## CERTIFICATE OF SERVICE

      I, William B. McAllister, an attorney, hereby certify that on this 7th day of December 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

                    /s/ William B. McAllister
                    William B. McAllister

Dated: December 7, 2017

Michael C. Bruck
William B. McAllister
WILLIAMS MONTGOMERY & JOHN LTD.
233 S. Wacker Drive, Suite 6100
Chicago, Illinois 60606
Tel: (312) 443-3200 / Fax: (312) 630-8500
Email: mcb@willmont.com
Email: wbm@willmont.com
*Attorneys for Defendant/Counter-Plaintiff Jeff Mason*