UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

John Bear
                    Plaintiff,

v.                                  Case No.: 1:17–cv–06512
                                             Honorable Ruben Castillo

Jeff Mason, et al.
                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Friday, July 20, 2018:

      MINUTE entry before the Honorable Ruben Castillo: The University of Chicago's motion to dismiss [17] is granted and Plaintiff's premises–liability claim (Count II) is dismissed with prejudice. The Court will hold a status hearing on 7/24/2018 at 9:45 a.m.(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.